■ The People of the State of New York, Respondent, v Miguel Munoz, Appellant. [1 NYS3d 805]—Order, Supreme

Court, New York County (Marcy L. Kahn, J.), entered on or about June 19, 2013, which adjudicated defendant a level two sex offender following a hearing pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Clear and convincing evidence supported the court's assessment of 20 points for defendant's establishment of a relationship for the purpose of victimization, and we reject defendant's arguments to the contrary. The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Given the seriousness of the underlying conduct, defendant's arguments in favor of such a departure are unavailing. Concur—Friedman, J.P., Andrias, Moskowitz, DeGrasse and Richter, JJ.